No. 962.   U. S. DAIRIES SALES CORP. ET AL. *v.* MOJON-NIER DAWSON CO.   C. A. 7th Cir.   Certiorari denied. *Vincent O'Brien* for petitioners.   *John F. McCanna* for respondent.

No. 974.   MOORE *v.* STANDARD OIL CO. OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.   *Donald McL. Davidson, W. H. Ferguson* and *C. S. Burdell* for petitioner.   *Francis R. Kirkham* for the Standard Oil Co. of California, *George W. Jansen* for the Texas Co., *W. J. DeMartini* for the Richfield Oil Corporation, *Robert W. Graham* for the General Petroleum Corporation, *DeWitt Williams* for the Tide Water Associated Oil Co., and *Moses Lasky* for the Union Oil Co. of California, respondents.

No. 976.   SEALY ET AL. *v.* DEPARTMENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA ET AL.   C. A. 3d Cir. Certiorari denied.   *Frank D. Reeves* and *Robert A. Wright* for petitioners.   *Thomas D. McBride,* Attorney General of Pennsylvania, and *Lois G. Forer,* Deputy Attorney General, for the Department of Public Instruction of Pennsylvania et al., *Geo. F. Baer Appel* for the State Public School Building Authority, and *Edward H. P. Fronefield* and *Howard M. Lutz* for the School District of the Township of Darby et al., respondents.

No. 649.   LOCAL 174 AND JOINT COUNCIL No. 28 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUF-FEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, ET AL. *v.* SELLES.   Supreme Court of Washington.   Certiorari denied.   MR. JUSTICE BLACK took no part in the consideration or decision of this application.   *Samuel B. Bassett* for petitioners.   *Paul Coughlin* and *Jack R. Cluck* for respondent.